# In The United States Court of Federal Claims

No. 09-297T

(Filed:  April 19, 2013)

_____

PAPILLON AIRWAYS, INC., an Arizona
Corporation,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

    Pursuant to RCFC 59(f), on or before May 17, 2013, defendant shall respond to plaintiff's motion for reconsideration.  Defendant's response shall not exceed 20 pages in length.

    **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge