# In The United States Court of Federal Claims

No. 09-297T

(Filed: June 11, 2013)

_____

PAPILLON AIRWAYS, INC., an Arizona Corporation,

               Plaintiff,

        v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

     A telephonic status conference will be held in this case on Wednesday, July 3, 2013, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge