# In The United States Court of Federal Claims

No. 09-297T

(Filed: July 3, 2013)

_____

PAPILLON AIRWAYS, INC., an Arizona Corporation,

                Plaintiff,

        v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

Today, a telephonic status conference was held in this case. Participating in the conference were Aaron R. Maurice, for plaintiff, and Michael J. Ronickher, for defendant. As discussed during the status conference, plaintiff's August 3, 2012, motion for reconsideration is **GRANTED**, **in part**, and **DENIED**, **in part**. Accordingly, pursuant to RCFC 60(a), the court hereby sets aside the June 13, 2012, judgment, and the July 18, 2012, order that were entered in this matter. In addition, as discussed during the status conference, the court hereby establishes the following schedule for briefing on the issue of the proper amount(s) of the judgment that should be entered in this case:

1. On or before August 16, 2013, plaintiff shall file its opening brief;

2. On or before September 16, 2013, defendant shall file its response;

3. On or before October 4, 2013, plaintiff shall file its reply; and

4. On or before October 25, 2013, defendant shall file its sur-reply.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge