# In The United States Court of Federal Claims

No. 09-297T

(Filed:  October 15, 2013)

_____

PAPILLON AIRWAYS, INC., an Arizona
Corporation,

               Plaintiff,

      v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

On October 14, 2013, the parties filed a joint motion requesting an enlargement of time for the briefing schedule on the issue of the proper amount(s) of the judgment that should be entered in this case.  The motion is hereby **GRANTED**.  Accordingly:

1.     On or before November 18, 2013, plaintiff shall file its opening brief;

2.     On or before December 18, 2013, defendant shall file its response;

3.     On or before January 2, 2014, plaintiff shall file its reply; and

4.     On or before January 17, 2014, defendant shall file its sur-reply.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge