# In The United States Court of Federal Claims

No. 09-297T

(Filed: November 19, 2013)

_____

PAPILLON AIRWAYS, INC., an Arizona Corporation,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On November 18, 2013, the parties filed a joint motion requesting a stay of the proceedings in this case. The motion is hereby **GRANTED**. Accordingly:

1. This case is hereby **STAYED**; and

2. On or before January 20, 2014, and every 63 days thereafter, the parties shall file a joint status report indicating their progress.

**IT IS SO ORDERED**.

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge